## ORDER

PER CURIAM.

**AND NOW,** this 27th day of November, 2000, the order of the Superior Court is **AFFIRMED.** *Erie v. Pap's A.M. t/d/b/a/ Kandyland,* 529 U.S. 277, 120 S.Ct. 1382, 146 L.Ed.2d 265 (2000).

Justice NEWMAN did not participate in the consideration or decision of this case.

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of November, 2000, the order of the Superior Court is **AFFIRMED.** *Erie v. Pap's A.M. t/d/b/a/ Kandyland.,* 529 U.S. 277, 120 S.Ct. 1382, 146 L.Ed.2d 265 (2000).

Justice NEWMAN did not participate in the consideration or decision of this case.

**COMMONWEALTH of Pennsylvania,**
**Appellee,**

v.

**Shelly Ann GRUMBLING, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 11, 2000.

Decided Nov. 27, 2000.

**COMMONWEALTH of Pennsylvania,**
**Appellee,**

v.

**Harley D. CLEMENT, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 11, 2000.

Decided Nov. 27, 2000.

Lawrence J. Casella, Pittsburgh, for S. Grumbling.

John G. Knorr, Gerald J. Pappert, Harrisburg, for Com. of Pennsylvania.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and SAYLOR, JJ.

Lawrence J. Casella, Pittsburgh, for H. Clement.

Gerald J. Pappert, John G. Knorr, Harrisburg, for Com. of Pennsylvania.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and SAYLOR, JJ.